**JOSEPH GRILLO,** *Pro se*

    *Plaintiff,*

    v.

Case No. 1:26−cv−00248−JJM−PAS

**THE RHODE ISLAND BOARD OF**
**MEDICAL LICENSURE AND DISCIPLINE,**

**STACI FISCHER, CHIEF ADMINISTRATOR,**

**RAYMOND MARCACCIO, STAFF ATTORNEY**

    <u>**HEARING REQUESTED**</u>

    *Defendants,*

<u>**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND DECLARATORY RELIEF**</u>

Plaintiff Grillo, *pro se*, respectfully move this Court for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a), and declaratory relief pursuant to FRCP 57 and 28 U.S.C. § 2201as follows:

a. Enjoin the Defendants to remove two fraudulent and libelous documents (the Consent Order (signed February 12, 2025) and the "Order and Decision for Suspension", (signed August 21, 2024) from their public website.

b. Enjoin the Defendants to restore Dr. Grillo's medical license from probationary status to unrestricted and unencumbered until this Court has an opportunity to issue a final judgement on the merits.

c. Enjoin the Defendants to refrain from any and all retaliatory actions against the Plaintiff.

d. Declare, pursuant to 28 U.S.C. § 2201, the aforementioned consent order *ultra vires* void *ab initio.*

Plaintiff submits that it meets the standards for a preliminary injunction on the grounds that (1) the Plaintiff has demonstrated a likelihood of succeeding on the merits of his claim; (2) the Plaintiff is likely to suffer irreparable harm in the absence of the relief requested; (3) the harms the Plaintiff is likely to suffer if the preliminary injunction is denied outweighs the harm that Defendants are likely to suffer as a result of the preliminary injunction; and (4) the public interest favors issuing the preliminary injunction.

Because a preliminary injunction presents no monetary risks to the BMLD, the Plaintiff requests that bond be waived.

The grounds for this motion are fully set forth in Plaintiffs' accompanying brief in support of his motion for a preliminary injunction, and a proposed order is attached. (*See* EXHIBIT G)

The Plaintiff respectfully requests this Court's approval for oral argument and evidentiary hearing. The estimated time required is two hours.

Respectfully submitted,

JUNE 2, 2026

_____

Joseph Grillo, M.D., J.D.
38 Ricci Lane
North Kingstown, Rhode Island 02852
401 406-0012
Jfgrillo1@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within document, the attached memorandum in support, and all attached supporting exhibits, via the ECF system on the 2nd day of June, 2026, that these documents are available for viewing and downloading to all counsel of record, and that I provided the same documents by email to: Raymond Marcaccio and Staci Fischer.

May 30, 2026

Respectfully submitted,

_Joseph Grillo_

_____

Joseph Grillo, M.D., J.D.