# EXHIBIT C

# Further testing



Joseph Grillo &lt;jfgrillo1@gmail.com&gt;                                    Jul 23, 2024, 9:28 AM

to Martin

    I am in receipt of your email. For now, <u>I am respectfully deferring on any additional tests</u>, which includes, but is not limited to, the fingernail PETH test. I do so until such time that certain issues are addressed, and questions answered in a satisfactory manner. They are outlined below. Please do not view this as anything other than the need to gain clarity prior to submitting to further testing. Once the questions and concerns are appropriately addressed, we may discuss the next steps.