# EXHIBIT D

 Gmail

Joseph Grillo <jfgrillo1@gmail.com>

## PEth Test
4 messages

**Steven Carreras** <SCarreras@rimed.org>
To: Joseph Grillo <jfgrillo1@gmail.com>

Fri, Jun 21, 2024 at 6:30 PM

Good Evening, Dr. Grillo,

I am sorry to hear the collection site were unable to complete the PEth test. I contacted Recovery Trek and the Chain of Custody (CoC) form was dated, June 20, 2024, leaving the collection site with, from their perspective, no option but not to collection the specimen on June 21. Sometimes, the collection will call the PHP and ask for authorization, but since they do not know me, I can understand why they did not offer to collect the specimen. But that left you with no option but to leave.

What I did was ask Recovery Trek to send a new CoC for Monday, June 24, 2024, the same collection site as the one you reported to today, Friday, June 21, 2024.

Again, I apologize for the confusion. When you report to the collection site on Monday and if you encounter any problems please call my mobile number: 509-850-6741.

Thank you,

Steve

Steven A. Carreras, Ph.D., MSW

Director, Physician Health Program

Rhode Island Medical Society

225 Dyer Street, 4th Floor

Providence, RI 02903

 **Gmail**

<p align="right">Joseph Grillo &lt;jfgrillo1@gmail.com&gt;</p>

## PEth Update
4 messages

**Steven Carreras** &lt;SCarreras@rimed.org&gt;            Thu, Jun 27, 2024 at 3:41 PM
To: Joseph Grillo &lt;jfgrillo1@gmail.com&gt;

Dear Dr. Grillo,

I was just informed the collection site, Concerta (Warwick, RI), did not correctly process your PEth sample on June 25, 2024. I spoke with one of the Success Managers at Recovery Trek earlier this afternoon who confirmed that the collector did not send the top copy of the Chain of Custody form to the lab, nor did the collector place the seal over the vile.

I cannot apologize enough for what appears to be improper training of their personnel. Obviously, you will not be charged for the collection nor the Recovery Trek fee.

As you and I discussed, the PEth is valid for 21 days and that leaves only a few days before that test is not valid. I asked Recovery Trek to reschedule a PEth for Friday, June 28, 2024, at Concentra, 290 Branch Avenue, Providence, RI 02904. Phone: 401-722-8880.

I know this is very inconvenient and I suspect you may have reservations about returning to a Concerta location. But I am doing everything I can to help you document your abstinence to the BMLD.

Please accept our apologies for this inconvenience (to say the least).

Sincerely,


Steven A. Carreras, Ph.D., MSW

 Gmail                                              Joseph Grillo <jfgrillo1@gmail.com>

## Testing Update
1 message

**Steven Carreras** <SCarreras@rimed.org>                                 Fri, Jul 19, 2024 at 12:34 PM
To: Joseph Grillo <jfgrillo1@gmail.com>

Good Afternoon, Dr. Grillo,


I've attached a RI-PHP addressing the difficulties with the testing over the past several weeks. With the use of another collection site, my hope is that you will no longer experience any of the problems that you encounter at the previous collection site.


If you have any questions, please do not hesitate contacting me.


Thank you,


Steven A. Carreras, Ph.D., MSW


Director, Physician Health Program

Rhode Island Medical Society

225 Dyer Street, 4th Floor

Providence, RI 02903


Phone: (401) 443-2383

Mobile: (401) 600-1717 (Mon-Fri)

Fax: (401) 273-4001


E-mail: scarreras@rimed.org

Visit us at www.rimed.org



# RHODE ISLAND MEDICAL SOCIETY

July 19, 2024

Dear Dr. Grillo,

I'm writing as a follow-up with the recent testing issues with Recovery Trek.

Recovery Trek informed me the test results on July 3, 2024, were invalid, however I wanted to view it to see what the problem(s) were with the collection. The video recording of the scheduled in-home PEth test on Wednesday, July 3, 2024, was made accessible to the RI-PHP on July 15, 2024.

After viewing the recording and the numerous attempts you made to comply with the administration of the test, I contacted Recovery Trek to ask if the difficulties you experienced were typical. If so, could the RI-PHP appeal their decision to invalidate the test? I was told the test was invalid for at least two reasons: 1) you stepped away from the smart phone camera and, 2) you filled the collection tube using a non-approved method.

I share your frustration with this process, and you have my sincerest apology for the problems you have been experiencing. However, there is one more test that is still within the window of detection for the June 13, 2024, positive breathalyzer result.

I scheduled a nail test for July 9, 2024, with the collection site located, Fastest Labs of North Providence, 1375 Mineral Spring Ave 2A, North Providence, Rhode Island 02904. Phone: (401) 200-0100. The collection materials have already been sent. If you have questions about the collection, please contact the Recovery Trek representative, Ms. Eric Knappenberger via e-mail: erica@recoverytrek.com or by phone: 757-290-4181.

Because of the delay in receiving the video recording, you can report to the collection site today, Friday, July 19, 2024, or any day next week, July 22-26, 2024.

If you have any questions or concerns, please do not hesitate to contact me. Alternatively, Ms. Knappenberger will be able to answer your questions regarding the testing procedure.

Thank you,

Steven Carreras

Steven Carreras, PhD., MSW
Director, Physician Health Program

 **Gmail**

Joseph Grillo <jfgrillo1@gmail.com>

## Collection Site

1 message

---

Steven Carreras <SCarreras@rimed.org>                                      Tue, Jun 25, 2024 at 11:55 AM
To: Joseph Grillo <jfgrillo1@gmail.com>
Cc: Erica Knappenberger <Erica@recoverytrek.com>

Good Morning, Dr. Grillo,

I spoke with Erica Knapenberger (who is copied on this e-mail) from Recovery Trek about the issue you reported to me earlier today: the form the lab had was for a UDS collection. Ms. Knapenberger forwarded the form that the collection site receives, specifically,

1. There is no expiration date for the authorization.
2. The collection site receives this form.
3. The participant is notified through the Recovery Trek system what day to report to a collection site.
4. When selected, they receive this message "You have been selected to test, P1 (Blood) - Contact RecoveryTrek for details. Cost is $153. You must reply with OK to confirm receipt (6/20/2024)."

In my conversation with Ms. Knapenberger, who forwarded the form to me, the collection is for a Phosphatidylethanol (PEth) at Concerta-Warwick. Ms. Knapenberger asked me to let you know that she is available via telephone (757-943-9800) or e-mail: Erica@recoverytrek.com if you have any questions, concerns or need assistance.

Please report to the collection site today, Tuesday, June 25, 2024.

If you do not, I will notify the BMLD of your failure to comply with the RI-PHP monitoring agreement (2020) that was initiated through the BMLD Consent Order (Case No. C110125) dated and ratified on March 11, 2020.

Thank you,

*Steven A. Carreras, Ph.D., MSW*