# EXHIBIT E

## Soberlink Data

This section reviews Soberlink data to assess if Dr. Grillo missed or was late for tests as claimed by the Defendants.

A brief overview of the Soberlink technology is followed by data from Soberlink on the dates of the alleged missed and late tests.

### How does the Soberlink breathalyzer system work?

- Soberlink uses automated, real-time messaging which provides the Soberlink data to myself and my treatment team.

- BAC readings are immediately transmitted to designated parties via text and email.

- The system uses facial recognition technology to confirm the identity of the person taking the test.

- Soberlink sends text messages to the user, prompting them to test.

- Dr. Grillo was required to test three times a day. His test schedule was 9 am, 12 pm, and 5 pm. He has a "window" of two hours to submit a test.
  - For example, his 9 am test allows the user to provide a test between 9 am and 10 am.
  - Automated test reminders are provided, beginning at 8:45 am. If he does not test at 9 am, Dr. Grillo is provided a reminder at 10 am.
  - If the user provides a test that occurs past 11 am, it is considered a late test.
  - If the user does not test by 11 am, it is considered a missed test.

- If a test is missed, positive, late, or shows signs of tampering, the system automatically sends alerts to Dr. Grillo and his treatment team, and the PHP.
  - In other words, all interactions are recorded by Soberlink.
  - All interactions are documented and are provided to all relevant parties (i.e., late test, missed test, etc.).

- Soberlink Protocol for a Positive Test: In the event of a positive test, the user is prompted to retest.
  - If the follow up BAC is zero, this is considered conclusive that the initial test was a false positive.

## What does the raw data from Soberlink show?

The results are: 1.) Dr. Grillo did not miss nine tests nor were there sixteen late tests, 2.) The actual data shows three missed tests and zero late tests. 3.) In early July, Dr. Grillo's test schedule was changed. This was done without informing me. 4.) He is not responsible for tests that he is unaware of.

## Excerpts from the suspension document

The BMLD's suspension document states the following:

*"In total, during the months of June and July 2024, Respondent missed 9 scheduled breathalyzer tests and was late in performing 16 additional breathalyzer tests."*

*Missed tests: June 20, 24, July 1,8,9, 26, 27 and 31* (total = 8)
*Late tests: June 14, 26, July 3, 13, 15, 16, 20, 22, 23.* (total = 9)

The State claims:
- The state claims there were 9 missed test.
- However, they list 8 missed tests, not 9.
- The state claims 16 late tests.

The Sober link data is shown below.

- 3 missed tests
- 0 late tests

Of the 3 missed tests:

- All 3 occurred during the period when Dr. Grillo's test schedule was changed (early July), and he was not informed of the change nor of the times for the new schedule

| Alleged Missed Tests | | Alleged Late Tests | |
|---|---|---|---|
| **Date** | **Summary of Soberlink Data** | **Date** | **Summary of Soberlink Data** |
| June 20 | No missed test | June 14 | No late tests |
| June 24 | No missed test | June 26 | No late tests |
| July 1 | One missed test | July 3 | No late tests |
| July 8 | One missed test | July 13 | No late tests |
| July 9 | One missed test | July 15 | No late tests |
| July 26 | No missed test | July 16 | No late tests |
| July 27 | No missed test | July 20 | No late tests |
| July 31 | No missed test | July 22 | No late tests |

|  |  | July 23 | No late tests |
|---|---|---|---|
|  |  | July 24 | No late tests |

# Sober link messaging data

## Alleged Missed Tests -Soberlink Data

### June 20, 2024

Wed, Jun 19 at 4:45 PM

REMINDER TEXT: This is your 5:00 PM EDT test reminder. Do not reply.

Thu, Jun 20 at 8:45 AM

REMINDER TEXT: This is your 9:00 AM EDT test reminder. Do not reply.

Thu, Jun 20 at 10:00 AM

REMINDER TEXT: This is your 9:00 AM EDT test reminder. Do not reply.

Thu, Jun 20 at 11:00 AM

REMINDER TEXT: This is your 9:00 AM EDT test reminder. Do not reply.

REMINDER TEXT: This is your 12:00 PM EDT test reminder. Do not reply.

CONNECTIVITY TEXT: The device has regained connectivity. All required tests have been updated. Do not reply.

REMINDER TEXT: This is your 12:00 PM EDT test reminder. Do not reply.

Thu, Jun 20 at 2:00 PM

REMINDER TEXT: This is your 12:00 PM EDT test reminder. Do not reply.

Thu, Jun 20 at 4:45 PM

REMINDER TEXT: This is your 5:00 PM EDT test reminder. Do not reply.

CONNECTIVITY TEXT: The device has regained connectivity. All required tests have been updated. Do not reply.

Fri, Jun 21 at 8:45 AM

### June 24, 2024

REMINDER TEXT: This is your 9:00 AM EDT test reminder. Do not reply.

REMINDER TEXT: This is your 9:00 AM EDT test reminder. Do not reply.

REMINDER TEXT: This is your 9:00 AM EDT test reminder. Do not reply.

REMINDER TEXT: This is your 12:00 PM EDT test reminder. Do not reply.

REMINDER TEXT: This is your 12:00 PM EDT test reminder. Do not reply.

REMINDER TEXT: This is your 12:00 PM EDT test reminder. Do not reply.

REMINDER TEXT: This is your 5:00 PM EDT test reminder. Do not reply.

### July 1, 2024

Sun, Jun 30 at 4:45 PM

REMINDER TEXT: This is your 5:00 PM EDT test reminder. Do not reply.

Mon, Jul 1 at 8:45 AM

REMINDER TEXT: This is your 9:00 AM EDT test reminder. Do not reply.

Mon, Jul 1 at 10:00 AM

REMINDER TEXT: This is your 9:00 AM EDT test reminder. Do not reply.

Mon, Jul 1 at 11:00 AM

REMINDER TEXT: This is your 9:00 AM EDT test reminder. Do not reply.

REMINDER TEXT: This is your 12:00 PM EDT test reminder. Do not reply.

MISSED TEST: You have missed 1 or more tests. Send a test now. Do not reply.

Mon, Jul 1 at 4:45 PM

REMINDER TEXT: This is your 5:00 PM EDT test reminder. Do not reply.

### July 8, 2024

Sun, Jul 7 at 4:45 PM

REMINDER TEXT: This is your 5:00 PM EDT test reminder. Do not reply.

Mon, Jul 8 at 6:45 AM

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

Mon, Jul 8 at 8:00 AM

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

Mon, Jul 8 at 9:00 AM

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

MISSED TEST: You have missed 1 or more tests. Send a test now. Do not reply.

Mon, Jul 8 at 12:45 PM

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

Mon, Jul 8 at 6:45 PM

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

Tue, Jul 9 at 6:45 AM

## July 9, 2024

*Mon, Jul 8 at 6:45 PM*

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

*Tue, Jul 9 at 6:45 AM*

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

*Tue, Jul 9 at 8:00 AM*

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

*Tue, Jul 9 at 9:00 AM*

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

MISSED TEST: You have missed 1 or more tests. Send a test now. Do not reply.

*Tue, Jul 9 at 12:45 PM*

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

*Tue, Jul 9 at 6:45 PM*

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

*Tue, Jul 9 at 8:00 PM*

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

*Wed, Jul 10 at 6:45 AM*

## July 26, 2024

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

CONNECTIVITY TEXT: The device has regained connectivity. All required tests have been updated. Do not reply.

*Fri, Jul 26 at 6:45 AM*

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

*Fri, Jul 26 at 8:00 AM*

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

*Fri, Jul 26 at 9:00 AM*

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

*Fri, Jul 26 at 12:45 PM*

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

*Fri, Jul 26 at 2:00 PM*

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

*Fri, Jul 26 at 6:45 PM*

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

WARNING: The identity was confirmed for the test at 7/26/2024 7:16 PM EDT. However hold the device so that the mouthpiece is level.

## July 27, 2024

*Fri, Jul 26 at 6:45 PM*

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

WARNING: The identity was confirmed for the test at 7/26/2024 7:16 PM EDT. However hold the device so that the mouthpiece is level.

*Sat, Jul 27 at 6:45 AM*

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

*Sat, Jul 27 at 8:00 AM*

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

*Sat, Jul 27 at 9:00 AM*

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

*Sat, Jul 27 at 12:45 PM*

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

*Sat, Jul 27 at 6:45 PM*

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

*Sun, Jul 28 at 6:45 AM*

## July 31, 2024

*Tue, Jul 30 at 9:00 PM*

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

*Wed, Jul 31 at 6:45 AM*

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

*Wed, Jul 31 at 8:00 AM*

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

CONNECTIVITY TEXT: The device has regained connectivity. All required tests have been updated. Do not reply.

*Wed, Jul 31 at 12:45 PM*

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

*Wed, Jul 31 at 6:45 PM*

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

*Wed, Jul 31 at 8:00 PM*

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

*Wed, Jul 31 at 9:00 PM*

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

## Alleged Late Tests

### June 14, 2024

Thu, Jun 13 at 4:45 PM

REMINDER TEXT: This is your 5:00 PM EDT test reminder. Do not reply.

Fri, Jun 14 at 8:45 AM

REMINDER TEXT: This is your 9:00 AM EDT test reminder. Do not reply.

Fri, Jun 14 at 10:00 AM

REMINDER TEXT: This is your 9:00 AM EDT test reminder. Do not reply.

Fri, Jun 14 at 11:00 AM

REMINDER TEXT: This is your 9:00 AM EDT test reminder. Do not reply.

CONNECTIVITY TEXT: The device has regained connectivity. All required tests have been updated. Do not reply.

REMINDER TEXT: This is your 12:00 PM EDT test reminder. Do not reply.

Fri, Jun 14 at 1:00 PM

REMINDER TEXT: This is your 12:00 PM EDT test reminder. Do not reply.

WARNING: The identity was confirmed for the test at 6/14/2024 1:13 PM EDT. However hold the device so that the mouthpiece is level.

Fri, Jun 14 at 4:45 PM

REMINDER TEXT: This is your 5:00 PM EDT test reminder. Do not reply.

Sat, Jun 15 at 8:45 AM

### June 26, 2024

Tue, Jun 25 at 4:45 PM

REMINDER TEXT: This is your 5:00 PM EDT test reminder. Do not reply.

Wed, Jun 26 at 8:45 AM

REMINDER TEXT: This is your 9:00 AM EDT test reminder. Do not reply.

Wed, Jun 26 at 11:45 AM

REMINDER TEXT: This is your 12:00 PM EDT test reminder. Do not reply.

Wed, Jun 26 at 4:45 PM

REMINDER TEXT: This is your 5:00 PM EDT test reminder. Do not reply.

Wed, Jun 26 at 6:00 PM

REMINDER TEXT: This is your 5:00 PM EDT test reminder. Do not reply.

Wed, Jun 26 at 7:00 PM

REMINDER TEXT: This is your 5:00 PM EDT test reminder. Do not reply.

CONNECTIVITY TEXT: The device has regained connectivity. All required tests have been updated. Do not reply.

Thu, Jun 27 at 8:45 AM

### July 3, 2024

Tue, Jul 2 at 6:00 PM

REMINDER TEXT: This is your 5:00 PM EDT test reminder. Do not reply.

Wed, Jul 3 at 8:45 AM

REMINDER TEXT: This is your 9:00 AM EDT test reminder. Do not reply.

Wed, Jul 3 at 10:00 AM

REMINDER TEXT: This is your 9:00 AM EDT test reminder. Do not reply.

Wed, Jul 3 at 11:00 AM

REMINDER TEXT: This is your 9:00 AM EDT test reminder. Do not reply.

CONNECTIVITY TEXT: The device has regained connectivity. All required tests have been updated. Do not reply.

REMINDER TEXT: This is your 12:00 PM EDT test reminder. Do not reply.

Wed, Jul 3 at 4:45 PM

REMINDER TEXT: This is your 5:00 PM EDT test reminder. Do not reply.

Wed, Jul 3 at 6:00 PM

REMINDER TEXT: This is your 5:00 PM EDT test reminder. Do not reply.

Wed, Jul 3 at 7:00 PM

REMINDER TEXT: This is your 5:00 PM EDT test reminder. Do not reply.

CONNECTIVITY TEXT: The device has regained connectivity. All required tests have been updated. Do not reply.

Thu, Jul 4 at 8:45 AM

### July 13, 2024

Sat, Jul 13 at 6:45 AM

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

Sat, Jul 13 at 8:00 AM

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

Sat, Jul 13 at 9:00 AM

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

Sat, Jul 13 at 12:45 PM

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

Sat, Jul 13 at 1:00 PM

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

Sat, Jul 13 at 2:00 PM

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

CONNECTIVITY TEXT: The device has regained connectivity. All required tests have been updated. Do not reply.

Sat, Jul 13 at 4:45 PM

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

## July 15, 2024

Sun, Jul 14 at 9:00 PM

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

Mon, Jul 15 at 12:05 AM

CONNECTIVITY TEXT: The device has regained connectivity. All required tests have been updated. Do not reply.

Mon, Jul 15 at 6:45 AM

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

Mon, Jul 15 at 8:00 AM

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

Mon, Jul 15 at 12:45 PM

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

Mon, Jul 15 at 2:00 PM

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

Mon, Jul 15 at 3:00 PM

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

CONNECTIVITY TEXT: The device has regained connectivity. All required tests have been updated. Do not reply.

Mon, Jul 15 at 6:45 PM

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

Mon, Jul 15 at 8:00 PM

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

Tue, Jul 16 at 6:45 AM

## July 16, 2024

Fri, Jul 19 at 6:45 PM

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

Sat, Jul 20 at 6:45 AM

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

Sat, Jul 20 at 8:00 AM

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

Sat, Jul 20 at 12:45 PM

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

Sat, Jul 20 at 2:00 PM

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

Sat, Jul 20 at 3:00 PM

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

CONNECTIVITY TEXT: The device has regained connectivity. All required tests have been updated. Do not reply.

Sat, Jul 20 at 6:45 PM

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

Sun, Jul 21 at 6:45 AM

## July 20, 2024

Fri, Jul 19 at 6:45 PM

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

Sat, Jul 20 at 6:45 AM

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

Sat, Jul 20 at 8:00 AM

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

Sat, Jul 20 at 12:45 PM

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

Sat, Jul 20 at 2:00 PM

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

Sat, Jul 20 at 3:00 PM

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

CONNECTIVITY TEXT: The device has regained connectivity. All required tests have been updated. Do not reply.

Sat, Jul 20 at 6:45 PM

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

Sun, Jul 21 at 6:45 AM

## July 22, 2024

Sun, Jul 21 at 6:45 PM

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

Mon, Jul 22 at 6:45 AM

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

Mon, Jul 22 at 8:00 AM

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

Mon, Jul 22 at 9:00 AM

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

CONNECTIVITY TEXT: The device has regained connectivity. All required tests have been updated. Do not reply.

Mon, Jul 22 at 12:45 PM

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

Mon, Jul 22 at 2:00 PM

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

Mon, Jul 22 at 6:45 PM

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

Mon, Jul 22 at 8:00 PM

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

Tue, Jul 23 at 6:45 AM

## July 23, 2024

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

REMINDER TEXT: This is your 7:00 AM EDT test reminder. Do not reply.

WARNING: The identity was confirmed for the test at 7/23/2024 8:51 AM EDT. However hold the device so that the mouthpiece is level.

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

REMINDER TEXT: This is your 1:00 PM EDT test reminder. Do not reply.

CONNECTIVITY TEXT: The device has regained connectivity. All required tests have been updated. Do not reply.

REMINDER TEXT: This is your 7:00 PM EDT test reminder. Do not reply.