

# EXHIBIT G

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

**JOSEPH GRILLO,** *Pro se*

    *Plaintiff,*

    v.

Case No. 1:26−cv−00248−JJM−PAS

**THE RHODE ISLAND BOARD OF
MEDICAL LICENSURE AND DISCIPLINE,**

**STACI FISCHER, CHIEF ADMINISTRATOR,**

**RAYMOND MARCACCIO, STAFF ATTORNEY**

    *Defendants,*

## ORDER FOR PRELIMINARY INJUNCTION AND DECLARATORY RELIEF

This matter having come before the Court for a hearing on the Plaintiff's Motion for Preliminary Injunction, is hereby ORDERED that

       I.     Defendants will remove from their public website the following documents:

         a.  The "Consent Order" dated February 12, 2025, AND,

         b.  The "Order and Decision for Suspension" document dated August 21, 2024.

II.      The Defendants are hereby ordered to convert Dr. Grillo's medical license from probationary to unrestricted and unencumbered.

III.      The Rhode Island Board of Medical Licensure and Discipline (BMLD) are restrained and enjoined from any actions involving Dr. Joseph Grillo that may be construed by this Court as retaliatory.

IV.      This Court hereby declares the Consent Order ultra vires and is void.

Dated: _____

BY THE COURT:

_____