**From:** Joseph Grillo <jfgrillo1@gmail.com>
**Sent:** Tuesday, June 2, 2026 2:07 PM
**To:** RID_ECF_INTAKE
**Subject:** Re: Questions
**Attachments:** Motion and Memorandum - Preliminary  Injunction .pdf; EXHIBIT A - SUSPENSION DOCUMENT.pdf; EXHIBIT B - CONSENT ORDER.pdf; EXHIBIT C - Email Dr. Kerzer.pdf; EXHIBIT D - Correspondaance Dr. Carreras.pdf; EXHIBIT E - Soberlink Data.pdf; Exhibit F - Pre-hearing memorandum.pdf; EXHIBIT G - ORDER FOR PRELIMINARY INJUNCTION .pdf

**CAUTION - EXTERNAL:**

Good Afternoon Ms. Cherelle,

I've completed the preliminary injunction. I am sending it to you for filing. I've included all exhibits in separate files.

Hope I did things correctly ....

Thank you for your assistance.

Joseph Grillo, MD, JD

On Thu, May 28, 2026 at 12:49 PM RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov> wrote:

> Hello Joseph,
>
> Yes, the exhibits would be submitted separate from the motion and memorandum. It is up to you if you would like to file the exhibits together or if you want to file them individually. Everything can be sent to this email as an attachment once completed.
>
> Respectfully,
>
> Cherelle