## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Joseph Grillo
Plaintiff,

v.

Case No.:
1:26–cv–00248–MRD–PAS

The Rhode Island Board of Medical Licensure and
Discipline, et al.
Defendant.

## ORDER OF RECUSAL

I hereby recuse myself from participation in the above referenced matter.

It is so ordered.

June 3, 2026

By the Court:

/s/ John J. McConnell, Jr.
United States Chief Judge